UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK RYAN SUMNER,<br><br>    Plaintiff,<br><br>    v.<br><br>LELAND DUDEK, ACTING COMMISIONER OF SOCIAL SECURITY[1],<br><br>    Defendant. | Case No. 1:25-cv-00176-EPG<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME<br><br>(ECF No. 9) |

    Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 60-day extension of time, from May 7, 2025 to July 7, 2025, for Plaintiff to serve on defendant with PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT.  All other dates in the Court's Scheduling Order shall be extended accordingly.

---

[1] Leland Dudek became the Acting Commissioner of Social Security on February 16, 2025. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Leland Dudek should be substituted for Michelle King as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

This is Plaintiff's first request for an extension of time. Plaintiff respectfully states that the requested extension is necessary due several merit briefs being due on the same week. For the weeks of May 5, 2025 and May 12, 2025, Plaintiff's Counsel has seventeen Merit briefs. Counsel requires additional time to brief the issues thoroughly for the Court's consideration. Defendant does not oppose the requested extension. Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

Respectfully submitted,

Dated: April 30, 2025         PENA & BROMBERG, ATTORNEYS AT LAW


By: */s/ Jonathan Omar Pena*
    JONATHAN OMAR PENA
    Attorneys for Plaintiff


Dated: April 30, 2025         PHILLIP A. TALBERT
                              United States Attorney
                              MATHEW W. PILE
                              Associate General Counsel
                              Office of Program Litigation
                              Social Security Administration


By:   */s/ Justin Lane Martin*
      Justin Lane Martin
      Special Assistant United States Attorney
      Attorneys for Defendant
      (*As authorized by email on April 30, 2025)

**ORDER**

Pursuant to the parties' stipulation (ECF No. 9), IT IS SO ORDERED that Plaintiff shall have until July 7, 2025, to file his motion for summary judgment. All other dates in the Court's Scheduling Order are extended accordingly.

IT IS SO ORDERED.

Dated: __**April 30, 2025**__           /s/ *Erica P. Grosjean*
                                        UNITED STATES MAGISTRATE JUDGE