UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

PATRICK RYAN SUMNER,

Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

Defendant.

No. 1:25-cv-176-EPG

ORDER GRANTING PLAINTIFF'S REQUEST TO WITHDRAW MOTION FOR ATTORNEY FEES UNDER 406(b)

(ECF No. 27)

On August 18, 2026, attorney Jonathan Pena, counsel for Plaintiff Patrick Sumner, filed a motion for an award of $24,671.25 in attorney's fees under 42 U.S.C. § 406(b). (ECF No. 24). On September 1, 2026, prior to a court determination on the motion, Plaintiff's counsel submitted a request to withdraw the motion for attorney fees. (ECF No. 27). In his motion, counsel requests the Court to remove the motion off calendar and to terminate the motion as pending on the docket. (*Id.* at 2).

Accordingly, the Court shall grant counsel's request and **HEREBY ORDERS** the pending motion for attorney fees under 406(b) (ECF No. 24) terminated.

IT IS SO ORDERED.

Dated: **September 2, 2026**

/s/ Erica P. Grosjean

UNITED STATES MAGISTRATE JUDGE